**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRGINIA BROWN,   CASE NO.: 8:17-cv-00723-MSS-AEP
    Plaintiff,

vs.

T.D. BANK, N.A.,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, VIRGINIA BROWN ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, T.D. BANK, N.A., have come to an amicable settlement agreement.

Date: **July 28, 2017**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher W. Boss
Christopher W. Boss, Esq.
FL Bar No.: 13183
**Boss Law**
cpservice@protectyourfuture.com
9887 4th Street N., Suite 202
St. Petersburg, FL 33702
Phone: (727) 471-0039
Fax: (727) 471-1206
Counsel for Plaintiff