UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA BROWN,

    Plaintiff,

v.

TD BANK, N.A.,

    Defendant.

CASE NO.: 8:17-CV-00723-MSS-AEP

_____/

## STIPULATION OF DISMISSAL

Plaintiff, Virginia Brown ("*Brown*"), and Defendant, TD Bank, N.A. ("*TD Bank*") stipulate and agree as follows, pursuant to Fed. R. Civ. P. 41:

1. All claims asserted, or that could have been asserted, by Brown against TD Bank in this action are hereby dismissed with prejudice.

2. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

| VIRGINIA BROWN | TD BANK, N.A. |
|---|---|
| By its Attorney, | By its Attorneys, |
| *[signature]* | *[signature]* |
| Christopher W. Boss | Danielle Rundlett Burns |
| Fla. Bar No.: 13183 | Florida. Bar No.: 722561 |
| cpservice@protectyourfuture.com | DRBurns@duanemorris.com |
| Boss Law | Duane Morris LLP |
| 9887 Fourth Street North, Suite 202 | 5100 Town Center Circle, Suite 650 |
| St. Petersburg, FL 33702 | Boca Raton, Florida 33486-9000 |
| Tel: (727) 471-0039 | Tel: (561) 962-2119 |
| Fax: (888) 503-2182 | Fax: (561) 516-6303 |
| Dated: 8/21/17 | Dated: 8-21-17 |

**Andrea Dufresne Abercrombie, Esq.**
**FL Bar # 91402**

DM1\7897280.3